**FOR PUBLICATION**

MAR 26 2015

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **ADAM RICHARDS; SECOND AMENDMENT FOUNDATION; CALGUNS FOUNDATION, INC.; BRETT STEWART**, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> **ED PRIETO; COUNTY OF YOLO**, <br><br> Defendants - Appellees. | No. 11-16255 <br><br> D.C. No. 2:09-cv-01235-MCE-DAD <br><br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition shall not be cited as precedent by or to any court of the Ninth Circuit.